No. 6,966.—STATE, Plaintiff and Respondent, *v.* PETE EVANKO, Defendant and Appellant.

Decided December 13, 1932.

PER CURIAM.—The motion of the attorney general that defendant's appeal herein be dismissed, showing that while the transcript on appeal has been properly served and filed, no

brief has been filed as required by the Rules of Court; and further that defendant, having served one-half his sentence, has been admitted to parole and released from custody, is sustained and the appeal is ordered dismissed.

*Mr. L. A. Foot,* Attorney General, for the State.